Case Number 09-14408 - SANCHEZ, GLENDALYZ

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Majdi Alrabady DDS<br>17407 Lorain Avenue<br>Ste 201<br>Cleveland, OH 44111 | 000005 | 106 | 51.51 | 2.77 |
| ---------- Remittance Total --------------- | | | 51.51 | 2.77 |

_____
ALAN J. TREINISH, TRUSTEE